# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D23-1814
Lower Tribunal No. 2020-CA-002145-0001-XX

———————————————

CASEY ASKAR,

Appellant,

v.

ANDREW DUSKIN,

Appellee.

———————————————

Appeal from the Circuit Court for Collier County.
Joseph G. Foster, Judge.

April 23, 2024

PER CURIAM.

AFFIRMED.

NARDELLA and MIZE, JJ., and LAMBERT, B.D., Associate Judge, concur.


Donald G. Peterson and Timothy D. Edwards, of Yarnell & Peterson, P.A., Naples, for Appellant.

David P. Fraser, of Holmes Fraser, P.A., Naples, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED